# EXHIBIT B

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA<br>[X] EEOC | 563-2019-01682 |

Missouri Commission On Human Rights and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| Terri Y Lablance | (816) 799-2223 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 3905 Bernard Powell Dr., KANSAS CITY, MO 64127 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| CORIZON HEALTHCARE | | (615) 373-3100 |

| Street Address | City, State and ZIP Code |
|---|---|
| 103 Powell Ct, Ste 200, BRENTWOOD, TN 37027 | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

[X] RACE  [X] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 09-01-2017   Latest: 02-22-2019
[X] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was hired on or about June 12, 2017 as a Nurse Practitioner/Medical Provider for Corizon Health to provide medical services at the Missouri Department of Corrections (MODOC).

After the interview, I was cleared by Corizon Health Regional Office, reported for work and was later informed that there were questions related to exactly how I got the position at MODOC, meaning how I was hired and cleared for employment.

On or about September 1, 2017, a Caucasian Lab Technician made reference to something being nigger rigged in my presence and of others. I corrected the employee and the employee said, Okay, then African American engineered.

On or about January 15, 2018, another Caucasian Lab Technician blatantly ignored and refused my directive to process a patients specimen. The Lab Technician took the specimen and walked towards my office and placed the biohazard bag and specimen on my desk. I submitted a complaint and an investigation was conducted, which the result was considered as a misunderstanding.

On or about June 1, 2018, while conducting my duties between me and patients, Staff Assistants that were unlicensed would

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

*[signature]*
Digitally signed by Terri Lablance on 04-29-2019 06:46 PM EDT

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 563-2019-01682 |

Missouri Commission On Human Rights and EEOC
*State or local Agency, if any*

disrespectfully interrupt my interviews, give inaccurate and potential harmful medical advice and information to the patients. I verbally reported the incident and corrected the Staff Assistants.

Since June 2018 until February 22, 2019, the work place tension increased with the MODOC corrections personnel and Corizon staff personnel. Custody officers would overly watch my every move, conduct thorough searches of my belongings while others were not, making intimidating eye contact with me, barge into my office while conducting provider/patient consults, plus other things.

I believe I was subjected to workplace harassment and ultimately constructively discharged because of my race (African-American), color (black) and retaliated because of my complaints in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

*Digitally signed by Terri Lablance on 04-29-2019 06:46 PM EDT*

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*