# EXHIBIT 5

**From:** LaBlance, Terri
**Sent:** Friday, February 22, 2019 1:23 PM
**To:** Meehan, Jenny <Jenny.Meehan@CorizonHealth.com>
**Subject:** Thank you

*Ms. Jenny,*
*I appreciate you leadership. I have been watchful and learned much from your style of management.*
*Chillicothe medical department has weathered a few storms during my brief time here, but the endurance, perseverance, and triumph is due to the wonderful individuals who work diligently, and it has been a pleasure to be part of the team and to be of service.*
*Thank you*


*Terri Y. LaBlance, APRN-BC*
    *Corizon Health*
*Chillicothe Correctional Center*

CONFIDENTIAL                                                                                    CORIZON 000001

*(660) 646-4032  Ext. 1021*

CONFIDENTIAL    CORIZON 000002