# EXHIBIT E

REDACTED

**From:** Dale, Heather <Heather.Dale@CorizonHealth.com>
**Sent:** Wednesday, August 30, 2017 11:29 AM
**To:** McWhorter, Teresa <Teresa.McWhorter@CorizonHealth.com>
**Cc:** Meehan, Jenny <Jenny.Meehan@CorizonHealth.com>; Schupp, Cindy <Cindy.Schupp@CorizonHealth.com>
**Subject:** RE: RFT Barker

I concur with the RFT as attached for Anna Barker, please use this as the official copy. Please work with payroll so that her final pay is presented upon termination. Please term from PS ASAP and send her file to Evelyn Ratchford in STL HR within 5 days of term.

Term reason: Dismissed violate rules/policy

Jenny/Cindy – please reply with concurrence

Thanks,

12

CONFIDENTIAL                                                                                                        CORIZON 000003

*Heather Dale, MBA*
*Sr. Employee Relations Specialist/File Management*
*(MO, KS, ID, WY, AZ, CA)*
*Phone: 314.919.9467*
*Fax: 314.919.9660*

**From:** McWhorter, Teresa
**Sent:** Wednesday, August 30, 2017 11:21 AM
**To:** Dale, Heather <Heather.Dale@CorizonHealth.com>
**Cc:** Meehan, Jenny <Jenny.Meehan@CorizonHealth.com>
**Subject:** FW: RFT

Please see attached RFT.

Teresa McWhorter RN, CCHP
Health Service Administrator
**CORIZON**
HEALTH
Phone: 660-646-0005
Fax: 660-646-6260|Cell: 660-973-1855
3151 Litton Rd.| Chillicothe. MO 64601

CONFIDENTIAL

CORIZON 000004



## RECOMMENDATION FOR TERMINATION

**To:** Heather Dale HR, Jenny Meehan DO, Cindy Schupp, Sr. DO

**From:** Teresa McWhorter HSA

**Date:** 8/30/17

**Employee Name:** Anna Barker        **Title:** Medical Records Clerk

**Probationary Employee:** No

**DATE(S) OF PREVIOUS CORRECTIVE ACTION:**

Date of 1st Written Counseling: NA        Date of 2nd Written Counseling: NA
Date of Final Written Warning: NA

**DETAILS OF CURRENT INCIDENT AND REASON FOR RECOMMENDING TERMINATION (Date, time, area, specific facts, etc.):** It was reported on 08/29/17 that Anna Barker used the term "nigger rigged" twice during a conversation with co-workers. She also used the term "afro-engineered". Her statement acknowledged these actions. This personal misconduct is detrimental to the rights and safety of herself, co-workers, institutional employees and inmates. Based on this, I am recommending the termination of Anna Barker's employment.

_____        _____
Director Operation's Approval                        Date


_____        _____
HR's Approval                                                      Date
Original: Employee Personnel File
cc:        Human Resources

**From:** McWhorter, Teresa <Teresa.McWhorter@CorizonHealth.com>
**Sent:** Tuesday, August 29, 2017 3:20 PM
**To:** Dale, Heather <Heather.Dale@CorizonHealth.com>
**Cc:** Meehan, Jenny <Jenny.Meehan@CorizonHealth.com>
**Subject:** IOC's re staff issue

Please see attached IOC's regarding an incident at CCC today and advise.

Teresa McWhorter RN, CCHP
Health Service Administrator

**CORIZON**
HEALTH

Phone: 660-646-0005
Fax: 660-646-6260|Cell: 660-973-1855
3151 Litton Rd.| Chillicothe. MO 64601

1

**From:** Horton, Jennifer
**Sent:** Tuesday, August 29, 2017 3:19 PM
**To:** McWhorter, Teresa
**Subject:** IOC

CONFIDENTIAL

CORIZON 000007



# MEMO

**To:** Heather Dale, HR
Jenny Meehan, DO

**From:** Teresa McWhorter RN, CCHP
Health Service Administrator

**Date:** 8/29/17

**RE:** staff issues

On 8/29/17, charge nurse Sterling Ream came to me and reported that Clerk Jennifer Preston informed her of a conversation that took place in her cubicle between Terri LaBlance NP and Anna Barker MR Clerk, in which Ms Barker used the terms "nigger rigged" and "afro engineered" as she explained to NP LeBlance why a paper clip was on the end of the radio antennae.

I spoke with Ms. LeBlance, who is African American and she told me that the remarks were hurtful and she was very disappointed that this had happened. She stated it kind of took her by surprise at first, but after thinking about it she was hurt by those remarks.

IOC's have been gathered from all of those that either heard the conversation or had it reported to them.



**STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
INTER-OFFICE COMMUNICATION**

TO: T. MCWHORTER, HSA
FROM: Sterling Ream RN
SUBJECT: Incident on 8/29/17
DATE: 8/29/17

Today at approximately 1215pm I was told by Jenni Preston about an incident that happened right before lunch, approx 1130AM. Jenny explained to me that she was sitting at her desk and Anna Barker and NP Terri LaBlance were standing behind her. Terri asked why there was a paperclip taped to the radio antena. Anna replied to Terri "It's Nigger rigged." Terri replied, "That's not very politically correct." to which, Anna laughed and said, "I mean Afro engineered." Anna still laughing. Terri said, "You know, I know someone who lost there job for saying something like that." At this point Terri walked away and Anna Barker was still laughing.

After Jenni reported this incident to me I immediately went and reported this incident to T. McWhorter, HSA.

S Ream RN 8/29/17

CONFIDENTIAL                                    CORIZON 000009



# STATE OF MISSOURI
# DEPARTMENT OF CORRECTIONS
## INTER-OFFICE COMMUNICATION

**TO:** Teresa McWhorter, HSA

**FROM:** Jennifer Horton, HSAA

**SUBJECT:** inappropriate use of language

**DATE:** 8/29/17

Today at approximately 11am, Jenni Preston made me aware of a conversation that took place in her cubicle between Ms Barker and Ms. Lablance. I was going to make Teresa aware as soon as she was done with lunch. She was informed by someone else prior to me reporting the issue.

*JHorton 8-29-17*

MO 931-9003 (06-88)

CONFIDENTIAL

CORIZON 000010



**STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
INTER-OFFICE COMMUNICATION**

TO: Teresa McWhorter, H.S.A
FROM: Chendra Tipton, LPN
SUBJECT: Events on 8/29/17 Re: Anna Barker
DATE: 8/29/17

On 8/29/17 at approximately 1030am, I was sitting at a cubicle in the administration part of medical, I over heard a conversation between D. Preston and T. LaBlance N.P. Anna Barker had walked up about T. LaBlance had asked a question and A. Barker replied that she had "nigger rigged it." T. LaBlance being of African and American decent replied that isn't politically correct. A. Barker replied well she "afro engineered it." T. LaBlance then gave a scenario of past experiences of that kind of situation where people involved have gotten released from employment for that between friends. T. LaBlance stated she knew she didn't mean the way it sounded to A. Barker.

Chendra Tipton, LPN

CONFIDENTIAL

CORIZON 000011



**STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
INTER-OFFICE COMMUNICATION**

| TO: | FROM: |
|---|---|
| Teresa McWhorter | Jennifer Preston |

| SUBJECT | DATE |
|---|---|
| Inappropriate Language | 08/29/2017 |

Today 08/29/2017 I was in my cubicle typing when Terri Lablance NP came in and was talking to me about supplies. Ms Lablance then looked at the radio on my desk and then antenna which was broken and had a paper clip attached to it she then said "what is this?" At that same time Anna Barker medical clerk came into my cubical and said "Oh, that is just something I nigger rigged.". Ms Lablance (who is of African american decent) Said "What did you just say?" Anna then said "What, Nigger rigged, I say that all the time." Ms Lablance then said "You do know that is not politically correct don't you?" Anna then said "Fine I afro engineered it". I was sitting in my cubicle embarrassed and mortified. I felt offended for Ms Lablance. I sat there unable to look at either one of them I just kept saying out loud "I cannot believe you just said that." I felt Ms Lablance was offended, I know I felt humiliation. Ms Lablance then said " you know a girl I worked with got fired for saying something like that." Anna then walked out of my cubicle and I was left with Ms Lablance, I just looked at her and felt I needed to apologize. I told her "I cannot believe she said that to you." Ms Lablance seemed a little "off" and then walked away.

*Jennifer Preston 8·29·17*

MO 931-9003 (06-88)

August 29, 2017

Incident involving:
Medical records clerk: Anna Barker
Nurse Practitioner: Terri LaBlance
Office Assistant: Jenni Preston

## Statement

While speaking with Ms. Preston in her cubicle, I pointed out a radio antenna which had a paperclip taped to its end. I questioned as to what it was (sarcastically), at which time, Ms. Preston told me that it was her radio antenna. It was then that Ms. Barker entered the conversation to say that the antenna had been "nigger rigged". I replied "you can't say that. That is not politically correct. She then said "well okay, it is african american engineered, is that better"? I replied why is it not "Hillbilly made"? I then turned to leave the cubicle. As I walked away, I said "I am so disappointed".

*Terri LaBlance, NP  8/29/2017*

CONFIDENTIAL

CORIZON 000013



**STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
INTER-OFFICE COMMUNICATION**

TO: Teresa McWhorter
FROM: Joyce Gilgour
SUBJECT: inappropriate language
DATE: 8/29/17

On Tuesday, 8/29/17, while sitting at my desk in my cubicle next to Jenni Preston's cubicle I overheard Anna Barker use the "n" word. I felt embarrassed for the people she was speaking too. and a little sick to my stomach.

Thank You,
Joyce Gilgour
Medical Clerk

MO 931-9003 (06-88)

CONFIDENTIAL

CORIZON 000014



**STATE OF MISSOURI**
**DEPARTMENT OF CORRECTIONS**
**INTER-OFFICE COMMUNICATION**

TO: Teresa McWhorter
FROM: Anna Barker
SUBJECT: Words out of context
DATE: 8-29-17

Today I went to Jenni's cubical to get something out of my bag. Lablance was in there and picked up a broken antenna and asked what this was. I replied "It is the antenna off my radio that I had nigger-rigged up in my room so my radio would come in." Lablance said what? So I repeated it again. Lablance asked what else is it called I replied "afro engenieering. She said why is it called that? Can't it be redneck engineering. I said it can be anything you want but that is what I call it. Lablance informed me that she didn't have a problem with me calling it that but some people might and I needed to watch what I say.

I should of used other words than what I did. I did not in any way mean it to be degrading or racist. In the future I will chose my words more wisely & am truely sorry. I did not know that I could get in trouble for what I said until I got called to your office.