**EXHIBIT F**



TO: Memo to file
FROM: Hollie Hild RN HSA

DATE: 4/27/2018
RE: Conversation with Teri LaBlance NP

On 4/27/2018 conversation was had with Teri LaBlance about unprofessional behavior during provider meeting on 4/26/18. Expectations were set that professionalism was expected by all staff members at all times. Karen Epperson Medical Director, Lugenis Corbin DON, I, and Ms. LaBlance were present.

Western Missouri Center · 609 East Pence Road · Cameron, MO 64429
Operations Headquarters · 12647 Olive Boulevard · St. Louis, MO 63141
www.corizonhealth.com

13

CONFIDENTIAL

CORIZON 000471