# EXHIBIT G

# Auditing Log Search Results

From: 01/01/2017  To: 03/08/2019

**Search By**  Report Date: 03/08/2019

Doc # : 1090998

| Logon ID | Cycle # | Log Date/Time | Employee ID # |
|---|---|---|---|
| IP Address | Application Name | Screen Name | |
| Search Criteria | | | |
| DEBORAH.RITTER@DOC.MO.GOV | 20120411 | 2/22/19 4:12 PM | |
| 10.241.53.9 | CIS | Charting Guide List Page | |
| JUDY.HARKINS@DOC.MO.GOV | 20120411 | 2/20/19 7:33 AM | |
| 10.241.53.7 | CIS | Medication Order List Page | |
| JUDY.HARKINS@DOC.MO.GOV | 20120411 | 2/20/19 7:33 AM | |
| 10.241.53.7 | CIS | Appointment List Page | |
| JUDY.HARKINS@DOC.MO.GOV | 20120411 | 2/20/19 7:33 AM | |
| 10.241.53.9 | CIS | Lab/X-ray Order List Page | |
| KAREN.EPPERSON@DOC.MO.GOV | 20120411 | 2/18/19 2:07 PM | |
| 10.241.53.9 | CIS | Charting Guide List Page | |
| VALICIA.KIRBY@DOC.MO.GOV | 20120411 | 2/12/19 5:37 PM | |
| 10.241.53.8 | CIS | Charting Guide List Page | |
| VALICIA.KIRBY@DOC.MO.GOV | 20120411 | 2/12/19 5:36 PM | |
| 10.241.53.9 | CIS | Appointment List Page | |
| VALICIA.KIRBY@DOC.MO.GOV | 20120411 | 2/12/19 5:36 PM | |
| 10.241.53.9 | CIS | Lab/X-ray Order List Page | |
| VALICIA.KIRBY@DOC.MO.GOV | 20120411 | 2/12/19 5:36 PM | |
| 10.241.53.7 | CIS | Offender Medical Summary Page | |
| VALICIA.KIRBY@DOC.MO.GOV | 20120411 | 2/12/19 5:36 PM | |
| 10.241.53.7 | CIS | Offender Military Service Details Page | |
| VALICIA.KIRBY@DOC.MO.GOV | 20120411 | 2/12/19 5:36 PM | |
| 10.241.53.7 | CIS | Provider Diagnosis List Page | |

| Logon ID | Cycle # | Log Date/Time | Employee ID # |
|---|---|---|---|
| IP Address / Application Name | | Screen Name | |
| Search Criteria | | | |
| VALICIA.KIRBY@DOC.MO.GOV | 20120411 | 2/12/19 5:36 PM | |
| 10.241.53.8 / CIS | | Vital Sign List Page | |
| JERRY.LOVELACE@DOC.MO.GOV | 20120411 | 2/11/19 2:34 PM | |
| 10.241.53.8 / CIS | | Outside Information List Page | |
| VALICIA.KIRBY@DOC.MO.GOV | 20120411 | 2/11/19 12:58 PM | |
| 10.241.53.8 / CIS | | Physicals List Page | |
| VALICIA.KIRBY@DOC.MO.GOV | 20120411 | 2/11/19 12:58 PM | |
| 10.241.53.7 / CIS | | Allergy Information List Page | |
| VALICIA.KIRBY@DOC.MO.GOV | 20120411 | 2/11/19 12:58 PM | |
| 10.241.53.9 / CIS | | Charting Guide List Page | |
| VALICIA.KIRBY@DOC.MO.GOV | 20120411 | 2/11/19 12:58 PM | |
| 10.241.53.7 / CIS | | Outside Information List Page | |
| KAREN.EPPERSON@DOC.MO.GOV | 20120411 | 2/11/19 12:10 PM | |
| 10.241.53.8 / CIS | | Medication Order List Page | |
| KAREN.EPPERSON@DOC.MO.GOV | 20120411 | 2/11/19 12:10 PM | |
| 10.241.53.9 / CIS | | Charting Guide List Page | |
| TAMMIE.CHRISTOPHER2@DOC.MO.GOV | 20120411 | 2/7/19 8:54 AM | |
| 10.241.53.9 / CIS | | Charting Guide List Page | |
| MEGAN.REX@DOC.MO.GOV | 20120411 | 1/31/19 1:40 PM | |
| 10.241.53.7 / CIS | | Charting Guide List Page | |
| JESSICA.FRIZZELL@DOC.MO.GOV | 20120411 | 1/16/19 2:13 PM | |
| 10.241.53.8 / CIS | | Charting Guide List Page | |
| BRANDON.DOSS@DOC.MO.GOV | 20120411 | 6/16/18 6:02 PM | |
| 10.140.60.102 / CIS | | Personal Property Item Listing | |
| LORI.SWITZER@DOC.MO.GOV | 20120411 | 4/30/18 2:09 PM | |
| 10.140.60.126 / CIS | | Charting Guide List Page | |

LaBlance v. MDOC - MDOC1941

| Logon ID | Cycle # | Log Date/Time | Employee ID # |
|---|---|---|---|
| IP Address | Application Name | Screen Name | |
| Search Criteria | | | |
| STERLING.REAM@DOC.MO.GOV | 20120411 | 12/9/17 4:46 PM | |
| 10.140.62.74 | CIS | Charting Guide List Page | |
| BRANDY.BAKER@DOC.MO.GOV | 20120411 | 9/21/17 10:19 PM | |
| 10.140.62.78 | CIS | Charting Guide List Page | |
| SHANNON.BURRIS@DOC.MO.GOV | 20120411 | 7/8/17 12:20 AM | |
| 10.241.96.5 | CIS | Charting Guide List Page | |
| TERESA.HAMILTON@DOC.MO.GOV | 20120411 | 6/30/17 7:59 PM | |
| 10.241.96.5 | CIS | Charting Guide List Page | |
| TABITHA.JOHNSON@DOC.MO.GOV | 20120411 | 6/24/17 1:46 PM | |
| 10.241.96.5 | CIS | Charting Guide List Page | |
| RACHEL.REMPEL@DOC.MO.GOV | 20120411 | 6/19/17 4:40 PM | |
| 10.241.96.5 | CIS | Charting Guide List Page | |
| CAROL.HOLLOWAY@DOC.MO.GOV | 20120411 | 6/18/17 12:12 PM | |
| 10.241.96.5 | CIS | Treatment Plan List Page | |
| CAROL.HOLLOWAY@DOC.MO.GOV | 20120411 | 6/18/17 12:11 PM | |
| 10.241.96.5 | CIS | Lay-In/Restriction List Page | |
| CAROL.HOLLOWAY@DOC.MO.GOV | 20120411 | 6/18/17 12:11 PM | |
| 10.241.96.5 | CIS | Medical/Mental Health Service Request List Page | |
| CAROL.HOLLOWAY@DOC.MO.GOV | 20120411 | 6/18/17 12:11 PM | |
| 10.241.96.5 | CIS | Lab/X-ray Order List Page | |
| CAROL.HOLLOWAY@DOC.MO.GOV | 20120411 | 6/18/17 12:11 PM | |
| 10.241.96.5 | CIS | Provider Diagnosis List Page | |
| CAROL.HOLLOWAY@DOC.MO.GOV | 20120411 | 6/18/17 12:11 PM | |
| 10.241.96.5 | CIS | Appointment List Page | |
| CAROL.HOLLOWAY@DOC.MO.GOV | 20120411 | 6/18/17 12:11 PM | |
| 10.241.96.5 | CIS | Allergy Information List Page | |

LaBlance v. MDOC - MDOC1942

| Logon ID | | Cycle # | Log Date/Time | Employee ID # |
|---|---|---|---|---|
| IP Address | Application Name | | Screen Name | |
| Search Criteria | | | | |
| CAROL.HOLLOWAY@DOC.MO.GOV | | 20120411 | 6/18/17 12:11 PM | |
| 10.241.96.5 | CIS | | Medication Order List Page | |
| CAROL.HOLLOWAY@DOC.MO.GOV | | 20120411 | 6/18/17 12:11 PM | |
| 10.241.96.5 | CIS | | Charting Guide List Page | |
| RACHEL.STUVER@DOC.MO.GOV | | 20120411 | 6/13/17 2:15 PM | |
| 10.241.96.5 | CIS | | Charting Guide List Page | |
| DEBORAH.RITTER@DOC.MO.GOV | | 20120411 | 6/13/17 11:02 AM | |
| 10.241.96.5 | CIS | | Charting Guide List Page | |
| ALEX.SPENCER@DOC.MO.GOV | | 20120411 | 6/13/17 10:41 AM | |
| 10.241.96.5 | CIS | | Charting Guide List Page | |
| MEGAN.MEYER@DOC.MO.GOV | | 20120411 | 6/12/17 8:49 AM | |
| 10.241.96.5 | CIS | | Charting Guide List Page | |