# EXHIBIT H

## Offender Information

**Name:** LABLANCE, TERRI YOLANDA
**Legal Name:**
**Assigned Location:**
**Offender/Staff Location Mismatch**

**DOC ID:** 1090998
**Custody Level:**
**DOB:** 02/23/1969

**Cycle:** 20120411
**Program:** N
**Suicide Risk Score:**

**Medical Score:**
**Allergies:** N

**Mental Health Score:**

Offender discharged from this cycle

### Profile

Allergies
Appointments
Assessments
Basic Information
Charting Guide
Diagnoses
Discharge Summaries
Final Form
Health Care/Mental Health Service Request
Lab/X-ray/Verbal Orders
Lay-In/Restrictions

Medication Orders
Offender Medical Summary
Offender Problems
Outside Information
Physicals
Request for Information
Specialty Referrals
Transportation Holds
Treatment Plan
Vital Signs

### Photo



[Back]

Please do not contact me, I was not aware until recently and I should have been made aware.

*Karen Epperly* (signature)

## Additional Information

### Name Listing

| Name | Type |
|---|---|
| LABLANCE , TERRI YOLANDA | DOC Name |
| FRYE , TERRI Y | Alias Name (AKA) |
| WHERRY , ALICIA K | Alias Name (AKA) |
| BERRY , DARION L | Alias Name (AKA) |
| LABLANCE , TERRY YOLANDA | Alias Name (AKA) |
| STEWART , TERRI Y | Sentence and Judgment Name |
| STEWART , TERRI YOLANDA | Sentence and Judgment Name |
| LABLANCE , TERRI YOLANDA | Sentence and Judgment Name |

### SSN Listing

| SSN | Type |
|---|---|
| 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 | Unverified |
| 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 | Unverified |

### Birth Date Listing

| Birth Date | Type |
|---|---|
| 02/23/1969 | Unverified |
| 03/23/1969 | Alias |

Close

BEFORE THE KANSAS STATE BOARD OF NURSING
Landon State Office Building, 900 S.W. Jackson #1051
Topeka, Kansas 66612-1230

IN THE MATTER OF
Terri Yolanda LaBlance, a/k/a Terri Y. Stewart, a/k/a Terry Y. Frye

License No. Endorsement
Case No. 16-131-0

FILED
FEB 2 9 2016
KSBN

EFFECTIVE AS A
FINAL ORDER
DATE: 9-16-2016

## SUMMARY ORDER

Tthe above matter comes before the Kansas State Board of Nursing (Board) pursuant to authority granted to the Board by K.S.A. 65-1120. The Board hereby proposes to find facts and take disciplinary action against the applicant, Terri LaBlance, by way of Summary Order as provided by K.S.A. 77-537.

1. Applicant filed an endorsement application for licensure as an APRN on or about February 10, 2016. The Board has jurisdiction over the respondent and the subject matter of this action.

2. Applicant's address of record is 3905 Bernard, Kansas City MO 64127.

3. The role of the Kansas State Board of Nursing is to protect citizens of Kansas.

4. After an investigation, the Board's investigative committee found reasonable grounds to believe that the applicant failed to meet the requirements to practice as a nurse in Kansas, and referred this matter for further proceedings.

5. K.S.A. 77-511(a)(2)(A) of the Kansas Administrative Procedure Act authorizes the use of summary proceedings by a state agency if the use of summary proceedings does not violate any provision of law, the protection of the public interest does not require the state agency to give notice and an opportunity to participate to persons other than the parties, and the state agency believes in good faith, after investigation of the facts, that the allegations will be supported to the applicable standard of proof.

### FINDING OF FACTS

6. The facts below are common to all counts:

    (a) Applicant was charged with possession of a controlled substance and placed on four years of Suspended Imposition of Sentence in Oklahoma.

    (b) Applicant received a DUI in 2001.

    (c) In 2003, Applicant was charged with ten counts of utterring a counterfeit instrument and forgery in the State of Oklahoma.

    (d) Applicant pled guilty to four counts, receiving a five year suspended sentence.

1

LaBlance 0098

(e) Applicant was charged in Jackson County, Missouri for trespassing and on the 25th day of January, 2011 entered a plea of guilty and paid fines and fees.

(f) In 2004, Applicant was charged with forgery in Jackson County, Missouri and found guilty and sentenced and committed to the Division of Adult Institutions for a period of three years.

(g) In Boone County, Missouri, applicant was charged with forgery and she pled guilty to the charge and ordered incarcerated in the Department of Corrections for seven years and placed on five years of supervised probation.

(h) In Johnson County, Kansas, applicant was charged with writing worthless checks and received a paid dismissal.

(i) Missouri driver's license indicated a point revocation effective 9th day of September 2003.

(j) Applicant received an administrative alcohol suspension of her driver's license effective 10th day of June 2001.

(k) On the 12th day of April, 2013, applicant was referred to KNAP for a chemical dependency and mental health evaluation.

(l) KNAP sent contact letters to applicant on the 19th day of April, 2013 and the 29th day of April, 2013, with no response.

(m) Applicant's KNAP case was closed as uncooperative and for lack of contact on the 10th day of May, 2013.

(n) The Kansas State Board of Nursing, in case no. 12-1200-0, filed a petition to deny applicant's previous endorsement application.

(o) Following the filing of that previous petition the applicant then withdrew her endorsement application.

LaBlance 0099

(p) Applicant has not demonstrated that she has any less of a chemical dependency and/or mental health problem than existed when the previous petition was filed, and she still has not agreed to a KNAP evlauation

### STATEMENT OF LAW

7. The Kansas State Board of Nursing has the authority under K.S.A. 74-1106(c)(4), K.S.A. 65-1117(a) and K.S.A. 65-1120(a) to examine, license, renew or reinstate licenses and may limit, deny, suspend or revoke a license or authorization to practice nursing, and may issue a public or private censure and levy administrative fines consistent with K.S.A. 74-1110.

### FINDINGS OF LAW AND FACT

8. The above facts demonstrate the applicant has not met the requirements for approval of his or her license.

IT IS THEREFORE ORDERED BY THE KANSAS STATE BOARD OF NURSING THAT

1. Applicant's application is denied.

2. **Licensee shall not practice nursing in the state of Kansas.**

Pursuant to K.S.A. 77-537, this decision, which is called a Summary Order, is subject to your request for a hearing. If you desire a hearing, you must submit or direct a written request for hearing to: Kansas State Board of Nursing, Legal Division, 900 SW Jackson, Suite 1051, Topeka, Kansas 66612-1230, (785) 296-4325. THIS REQUEST MUST BE SUBMITTED WITHIN FIFTEEN (15) DAYS FROM THE DATE OF THIS ORDER. If a hearing is not requested in the time and manner stated, this Summary Order becomes effective as a final order, without further notice, upon the expiration of the time for requesting a hearing. If a hearing is requested, the prior issuance of a summary order shall not affect the burden of proof. Pursuant to K.S.A. 77-531, if the Summary Order is served by mail, three days are added to the time limits set out above.

Judith Hiner, RN, BSN
Investigative Committee, Chair
Kansas State Board of Nursing

CERTIFICATE OF SERVICE

LaBlance 0100

I certify that on the 29th day of February, 2016, the foregoing copy of the Summary Order was served by depositing the same in the United States Mail, first-class postage prepaid, addressed to the following:

Terri LaBlance
3905 Bernard
Kansas City MO 64127

*Bryce D. Benedict, S. Ct. No. 11663*
Assistant Attorney General

## FINAL ORDER NOTICE OF RIGHTS

PLEASE TAKE NOTICE that this is a Final Order. A Final Order is effective upon service. A party to an agency proceeding may seek judicial review of a Final Order by filing a petition in the District Court as authorized by K.S.A. 77-601, *et seq*. A petition must be filed within 30 days following service of the Final Order. A copy of any petition for judicial review must be served upon Mary Blubaugh, Executive Administrator, Kansas State Board of Nursing, 900 SW Jackson, Suite 1051, Topeka KS 66612.

## CERTIFICATE OF SERVICE

I certify that on the ____9th____ day of September, 2016, a copy of the Final Order and Final Order Notice of Rights was served by depositing the same in the United States Mail, first-class postage prepaid, addressed to the following:

Terri LaBlance
3905 Bernard Powell Drive
Kansas City MO 64127

Bryce D. Benedict, S. Ct. No. 11663
Assistant Attorney General

LaBlance 0102

Karen Epperson, MD
604 SE 125th Road
Warrensburg, MO 64093



KANSAS CITY 640
26 FEB 2015 PM 5 L

Terri LaBlance
3905 Bernard Powell Dr.
Kansas City, MO 64127

64127-342705



FOREVER / USA

LaBlance 0103