# EXHIBIT E

Page 9

1  A. Yes.
2  Q. All right. Have you ever had your deposition
3  taken before?
4  A. No.
5  Q. What's going to happen is, I'm going to ask
6  you a bunch of questions. I'm hoping that you'll
7  answer them. And then there may be times throughout
8  the day where your attorney, Mr. Mike Matula, may
9  interject and he will have, you know, something to
10  say. He'll say it on the record. And then either
11  he or I will instruct you to answer.
12      If he instructs you not to answer, we may have
13  additional conversations about that. But I just
14  want to make sure you understand the logistics of
15  how this goes?
16      In addition, there is a court reporter who is
17  recording everything that's being said as well as
18  the video itself is being recorded. Do you
19  understand all of that?
20  A. Yes.
21  Q. All right. I do have some documents to show
22  you at some point. There is a feature here that
23  allows me to display them on the screen that you're
24  looking at. My ask is that you let me know if you
25  can't see those documents and also that if there's

Page 10

1  any confusion about what's there, that we just take
2  the time to get the documents squared away. Do you
3  understand that?
4  A. I do.
5  Q. Okay. Who do you work for?
6  A. Corizon Healthcare.
7  Q. And what do you do for Corizon Healthcare?
8  A. I'm a staff nurse, a registered nurse.
9  Q. Is your title staff nurse?
10  A. Yes. I used to be director of nursing, but
11  then I went to PRN and now I'm a staff nurse full
12  time. Well, 36 hours a week.
13  Q. Okay. Let me ask you this first. What did
14  you do to prepare for today's deposition?
15  A. Well, I had a discussion yesterday with the
16  attorneys from Ogletree Deakins.
17       MR. NUGENT: To clarify, I believe that
18  Ms. Christopher said she had conversations with
19  attorneys from Ogletree Deakins.
20  Q. (By Mr. Nugent) Tammie, I don't want you to
21  tell me anything that you and your attorneys talked
22  about. What I do want to know, though, is, did you
23  review any documents in preparing for today?
24  A. Yes.
25  Q. Okay. What documents did you look at?

Page 11

1  A. A write-up that I had received in, I believe,
2  2019, and there was a log showing access to a record
3  on the MOCIS system.
4  Q. The log that you reviewed, did it have black
5  lines through it like it had been crossed out?
6  A. I didn't notice, if so.
7  Q. I want to talk a little bit more about the
8  role that you're in now versus the director of
9  nursing role that you were in. Let's start with the
10  timeline. When did you become the director of
11  nursing?
12  A. In July of 2018.
13  Q. Was that your start date with Corizon?
14  A. My original start date was with CMS in 2006
15  and then I left the company -- it turned into
16  Corizon, though, when the companies merged. And
17  then I left in 2017 for several months. And then I
18  came back as DON in July of '18.
19  Q. So your most recent stint of employment
20  started in July of 2018; is that accurate?
21  A. Yes.
22  Q. Okay. And you were hired directly to be the
23  director of nursing; is that accurate?
24  A. Yes.
25  Q. What does CMS stand for?

Page 12

1  A. Correctional Medical Services.
2  Q. And is that a previous name of Corizon or is
3  that a different company altogether?
4  A. I believe that CMS merged with another company
5  and formed Corizon Health at some point years ago.
6  I don't remember exactly when or what other company
7  it merged with.
8  Q. Okay. And when did you stop being the
9  director of nursing?
10  A. July of 2019.
11  Q. And why did you stop being the director of
12  nursing?
13  A. The stress with management. I went to work at
14  a local hospital for a while and stayed PRN with
15  Corizon.
16  Q. Okay. Are you still employed by Corizon now?
17  A. Yes.
18  Q. And are you PRN status now?
19  A. No. I'm actually 36 hours a week every week
20  now.
21  Q. And your title, I believe, is staff nurse?
22  A. Registered nurse, yeah.
23  Q. Okay. And so in July of '19 you stepped down
24  as the director of nursing. Did you immediately go
25  into PRN status?

3 (Pages 9 to 12)

## Page 17

1  Q. Were you also -- or was a part of your job
2  duty to reprimand the nurses that you supervised, if
3  warranted?
4  A. Yes.
5  Q. What are the services that Corizon provides at
6  Chillicothe?
7  A. Provide healthcare to the offender population.
8  Q. Okay. And with regards to the healthcare,
9  does that include medical care?
10  A. Yes.
11  Q. Does it include dental care?
12  A. Yes.
13  Q. And does it include mental healthcare?
14  A. They're in a separate building. But, yes,
15  Corizon provides mental healthcare as well.
16  Q. Okay. Are there any other types of medical
17  services that Corizon provides at Chillicothe?
18  A. We have optometry come in sometimes. We do
19  X-ray and lab, but that's part of medical care. So
20  I'm not sure.
21  Q. You mentioned that mental health is in a
22  different building. What is in the building that
23  houses the dental and medical care?
24  A. Everything except mental health.
25  Q. Okay. Are the dental providers and the

## Page 18

1  medical providers in the same portion of the
2  facility there in Chillicothe?
3  A. Yes.
4  Q. So to say it a different way, do you see
5  regularly the dental -- the folks that provide
6  dental care to the inmates?
7  A. They work in the same building, yes.
8  Q. Okay. What about the same wing or hallway of
9  the building?
10  A. Yes. They are in the back of the -- we call
11  it the clinical side of the hallway.
12  Q. So all of the Corizon employees who provide
13  medical care, do they all report to the same wing
14  and do their jobs in the same portion of the
15  facility?
16  A. I mean, they may have separate offices but in
17  the same building.
18  Q. Okay.
19  A. We do have a nurse that will go to ad seg or,
20  you know, things like that, but they all are based
21  out of that building.
22  Q. When you say you have a nurse that'll go to
23  ad seg, tell me what ad seg is.
24  A. Segregation. It's a different housing unit
25  where the offenders aren't able to come up to

## Page 19

1  medical.
2  Q. All right. So the portion of the facility
3  where an inmate might go to receive dental care or
4  to receive medical care is the same portion of the
5  facility?
6  A. Yes.
7  Q. When you were the director of nursing from
8  July of '18 to July of '19, were you responsible for
9  supervising Terri LaBlance?
10  A. No.
11  Q. Okay. Did you report to Terri?
12  A. No. My immediate supervisor was Sterling
13  Ream.
14  Q. And what was her title while you were the
15  director of nursing?
16  A. Health services administrator.
17  Q. Do you know who Terri LaBlance reported to?
18  A. I believe clinically it would have been the
19  collaborating physician.
20  Q. Okay. Was your position as director of
21  nursing, did you view that as a management position?
22  A. Yes. It's considered site management.
23  Q. When you started July -- when you started in
24  July of 2018, did you receive the harassment policy?
25  A. I'm sure I did.

## Page 20

1  Q. Have you ever had to do an investigation into
2  workplace harassment or discrimination?
3  A. No. I'd just report it to an immediate
4  supervisor if there was any concerns.
5  Q. Okay. So if a concern -- let me ask a
6  different way. Have concerns about workplace
7  harassment or discrimination been brought to you?
8  A. Not that I recall, no.
9  Q. I want to go back to the logistics of the
10  medical center. Do you interact with the dental
11  staff?
12  A. When I would do rounds. If I would walk
13  around the building in the morning, I would pop in
14  and say hi and see how it was going. Otherwise,
15  they may come into our office and visit or talk.
16  Q. Is that pretty common?
17  A. I mean, yeah. People are in and out all day
18  long.
19  Q. Okay. Do you know Kelley Chapman?
20  A. Doesn't ring a bell.
21  Q. I want to talk a little bit about Terri
22  LaBlance. During your time as director of nursing,
23  were there any other African Americans employed by
24  Corizon? And let me clarify the question. Were
25  there any other African Americans employed by

5 (Pages 17 to 20)

Page 21

1 Corizon at the Chillicothe facility?
2    A. Not that I recall.
3    Q. Okay. Are there any African Americans that
4 work for Corizon at the Chillicothe facility now?
5    A. I don't believe so.
6    Q. I want to ask you if you are familiar with a
7 few events in, I believe, August or September of
8 2017. There was a racial slur used by an employee
9 of Corizon in a conversation with Ms. LaBlance. Are
10 you familiar with that set of facts as I've
11 explained them?
12    A. I heard about it second or thirdhand. I
13 wasn't there for -- I was at work that day, I
14 believe, but I didn't witness it.
15    Q. Okay. And that would have been in 2017. Were
16 you employed by Corizon in 2017?
17    A. I believe I didn't leave until September of
18 '17.
19    Q. Do you recall whether you were interviewed by
20 anyone from human resources about the racial slur
21 that I just referenced?
22    A. I wasn't, but I didn't witness it.
23    Q. Do you recall who told you about the racial
24 slur?
25    A. I don't. I think I heard it in the lunchroom

Page 22

1 because someone had reported it.
2    Q. When you say you heard it in the lunchroom,
3 were there other people talking about what had
4 happened?
5    A. Somebody told me in there. I don't remember.
6    Q. What was your response?
7    A. I was shocked.
8    Q. Did you do anything after learning about the
9 slur?
10    A. I know that Sterling reported it as soon as
11 she heard about it, so I knew that it was taken care
12 of. And I don't believe the other employee came
13 back after that day. I believe she was terminated,
14 but I'm not sure. I wasn't in a management position
15 at that time to know exactly what happened.
16    Q. All right. In your answer did you identify a
17 name, someone that you talked to?
18    A. Sterling Ream reported it to management. She
19 was the management at that time.
20    Q. All right. I'm going to ask you if you know a
21 list of names. And if you do, I'm going to ask you
22 a few follow-ups with regards to the names. Okay?
23    A. Okay.
24    Q. Do you know Brandon Doss?
25    A. I think he's an officer, but I don't know him,

Page 23

1 like, personally.
2    Q. You know of him; is that right?
3    A. Yes, I know of him.
4    Q. Okay. Do you know of a Nicholas Koenig?
5    A. Yes.
6    Q. What about April Wolf?
7    A. I believe she's an officer as well.
8    Q. Dustin Lybarger?
9    A. He's an officer as well.
10    Q. Bradley Richards?
11    A. I think he's a correctional officer as well.
12    Q. Jeff Parque? (Phonetic on name.)
13    A. Yes. I think he's a correctional officer as
14 well.
15    Q. Mindy Rhodes?
16    A. Yes. She's a correctional officer.
17    Q. Okay. And Phillip Bower?
18    A. Yes. I believe he is or was an officer.
19    Q. Of all of those names, are any of them --
20 would you consider any of them friends?
21    A. I mean, nobody I talk to outside of work.
22 Might have been in passing.
23    Q. So none of those names are individuals that
24 you socialize with outside of work?
25    A. I believe Parque was in a fantasy football

Page 24

1 league I was in at some point, but not like close
2 friends, no.
3    Q. Earlier you referenced a software system and I
4 believe you called it MOCIS. Is MOCIS M-O-C-I-S?
5    A. Yes.
6    Q. Okay. Is that an acronym?
7    A. I'm sure it is. I don't know exactly what it
8 stands for.
9    Q. Do you know what records are housed in the
10 MOCIS software system?
11    A. I don't know all of them. I know the ones
12 that we use in medical, but I don't know what
13 anybody else would use.
14    Q. All right. What do you all use -- in the
15 medical department or, you know, in your day-to-day
16 duties, what do you use the MOCIS system for?
17    A. To document healthcare, look up information.
18    Q. Do you know if all of the records in that
19 system are HIPAA protected?
20       MR. MATULA: Object to the form of the
21 question. Go ahead, Tammie.
22    A. I believe parts of it are. The health record.
23    Q. (By Mr. Nugent) If I understand your
24 testimony, parts of the records in the MOCIS system
25 that you use are protected and parts are not; is