# EXHIBIT H

```
03/08/19  09:14:24                              Access of Offender OPII Records                                              PAGE    1
                                                DOC ID 1090998

  DOC      Offender              Offender         Trans  Transaction Log  Transaction   User        Session    User Description
   ID      Last Name             First Name       Code       Date          Log Time      ID           ID
--------  -------------------   ------------     -----  ---------------  -----------   ----------  ----------  --------------------

1090998   LABLANCE              TERRI             FFVP      20181228        124415     LCB00#W4    LCB000W4A2  LYNN C BOLDEN    DIST 4W CLER SUPV
1090998   LABLANCE              TERRI             IALS      20180616        181245     BND000CC    BND000CCA1  BRANDON N DOSS   CCC CO-I
1090998   LABLANCE              TERRI             ICHR      20170609        105618     LAS00#CC    LAS00#CCA1  LISA A SMITH     CCC OSA-K
1090998   LABLANCE              TERRI             ICHR      20180315        185234     NPK000CC    NPK000CCA1  NICHOLAS P KOENIG  CCC CO-II
1090998   LABLANCE              TERRI             IDNT      20170609        105039     LRF00#CC    LRF00#CCA1  LINDY R SMITH    CCC
1090998   LABLANCE              TERRI             IDNT      20170609        110740     LRF00#CC    LRF00#CCA1  LINDY R SMITH    CCC
1090998   LABLANCE              TERRI             IDNT      20171225        124958     ADW00#CC    ADW00#CCA1  APRIL D WOLF     CCC CO-I
1090998   LABLANCE              TERRI             IDNT      20171225        125253     ADW00#CC    ADW00#CCA1  APRIL D WOLF     CCC CO-I
1090998   LABLANCE              TERRI             IDNT      20171226        121014     ADW00#CC    ADW00#CCA1  APRIL D WOLF     CCC CO-I
1090998   LABLANCE              TERRI             IDNT      20180201        163053     DWL000CC    DWL000CCA1  DUSTIN W LYBARGER  CCC CO-I
1090998   LABLANCE              TERRI             IDNT      20180314        155247     DWL000CC    DWL000CCA1  DUSTIN W LYBARGER  CCC CO-I
1090998   LABLANCE              TERRI             IDNT      20180314        155454     BJR00#CC    DWL000CCA1  BRADLEY J RICHARDS  CCC
1090998   LABLANCE              TERRI             IDNT      20180315        184935     DWL000CC    DWL000CCA1  DUSTIN W LYBARGER  CCC CO-I
1090998   LABLANCE              TERRI             IDNT      20180321        163500     DWL000CC    DWL000CCA1  DUSTIN W LYBARGER  CCC CO-I
1090998   LABLANCE              TERRI             IDNT      20180509        152454     DWL000CC    DWL000CCA1  DUSTIN W LYBARGER  CCC CO-I
1090998   LABLANCE              TERRI             IDNT      20180510        124407     JWP00#CC    JWP00#CCA1  JEFF W PARKEY    CCC
1090998   LABLANCE              TERRI             IDNT      20180510        124436     JWP00#CC    JWP00#CCA1  JEFF W PARKEY    CCC
1090998   LABLANCE              TERRI             IDNT      20180513         94754     MTR000CC    MTR000CCA1  MINDY T RHOADES  CCC CO-I
1090998   LABLANCE              TERRI             IDNT      20180513         94936     MTR000CC    MTR000CCA1  MINDY T RHOADES  CCC CO-I
1090998   LABLANCE              TERRI             IDNT      20180610        205455     DWL000CC    DWL000CCA1  DUSTIN W LYBARGER  CCC CO-I
1090998   LABLANCE              TERRI             IDNT      20180616        180948     BND000CC    BND000CCA1  BRANDON N DOSS   CCC CO-I
1090998   LABLANCE              TERRI             IDNT      20180820        144910     JSH000DC    JSH000DCA1  JASON S HONERKAMP  D12 P&P PO-II
1090998   LABLANCE              TERRI             IDNT      20181228        124325     LCB00#W4    LCB000W4A2  LYNN C BOLDEN    DIST 4W CLER SUPV
1090998   LABLANCE              TERRI             IDNT      20190304        101743     AMC00#CC    AMC00#CCB0  ASHTON M CHRISTOPHER  CCM-II
1090998   LABLANCE              TERRI             IDNT      20190304        101806     AMC00#CC    AMC00#CCB0  ASHTON M CHRISTOPHER  CCM-II
1090998   LABLANCE              TERRI             IDNT      20190305        152223     JMR000CT    JMR000CTA0  JOAN M REINKEMEYER  CO DORS DIVISION DIRECTOR
1090998   LABLANCE              TERRI             IENM      20180315        185229     NPK000CC    NPK000CCA1  NICHOLAS P KOENIG  CCC CO-II
1090998   LABLANCE              TERRI             IHOU      20170412        131025     BSB000FR    COAFUEDU80
1090998   LABLANCE              TERRI             IHOU      20170609        105047     LRF00#CC    LRF00#CCA1  LINDY R SMITH    CCC
1090998   LABLANCE              TERRI             IHOU      20170609        105553     LAS00#CC    LAS00#CCA1  LISA A SMITH     CCC OSA-K
1090998   LABLANCE              TERRI             IHOU      20170609        114941     KDF000CC    COACHIDUA1  KRISTEN D FORD   CCC PERSONNEL CLERK
1090998   LABLANCE              TERRI             IHOU      20170609        115250     LAS00#CC    LAS00#CCA1  LISA A SMITH     CCC OSA-K
1090998   LABLANCE              TERRI             IHOU      20171225        125156     ADW00#CC    ADW00#CCA1  APRIL D WOLF     CCC CO-I
1090998   LABLANCE              TERRI             IHOU      20171226        121132     PMB000CC    PMB000CCA1  PHILIP M BOWER   CCC CO-II
1090998   LABLANCE              TERRI             IHOU      20171226        121133     ADW00#CC    ADW00#CCA1  APRIL D WOLF     CCC CO-I
1090998   LABLANCE              TERRI             IHOU      20180510        124417     JWP00#CC    JWP00#CCA1  JEFF W PARKEY    CCC
1090998   LABLANCE              TERRI             IHOU      20180510        124505     JWP00#CC    JWP00#CCA1  JEFF W PARKEY    CCC
1090998   LABLANCE              TERRI             IHOU      20180513         94800     MTR000CC    MTR000CCA1  MINDY T RHOADES  CCC CO-I
1090998   LABLANCE              TERRI             IHOU      20180513        142213     JWP00#CC    JWP00#CCA2  JEFF W PARKEY    CCC
1090998   LABLANCE              TERRI             IHOU      20180513        142221     MTR000CC    MTR000CCA1  MINDY T RHOADES  CCC CO-I
1090998   LABLANCE              TERRI             IHOU      20180513        142319     JWP00#CC    JWP00#CCA2  JEFF W PARKEY    CCC
1090998   LABLANCE              TERRI             IHOU      20180616        180334     BND000CC    BND000CCA1  BRANDON N DOSS   CCC CO-I
1090998   LABLANCE              TERRI             IHOU      20190305        152520     JMR000CT    JMR000CTA0  JOAN M REINKEMEYER  CO DORS DIVISION DIRECTOR
1090998   LABLANCE              TERRI             IPRI      20170609        105600     LAS00#CC    LAS00#CCA1  LISA A SMITH     CCC OSA-K
1090998   LABLANCE              TERRI             IPRI      20170609        115252     LAS00#CC    LAS00#CCA1  LISA A SMITH     CCC OSA-K
1090998   LABLANCE              TERRI             IPRI      20170609        115311     LAS00#CC    LAS00#CCA1  LISA A SMITH     CCC OSA-K

                                                FROM 01/01/2017 AND 03/08/2019
```

LaBlance v. MDOC - MDOC1944

```
  DOC        Offender             Offender         Trans  Transaction Log  Transaction     User         Session    User Description
   ID        Last Name            First Name       Code       Date         Log  Time        ID           ID
--------   --------------------  ------------     -----  ---------------  -----------   ----------   ----------   --------------------

 1090998   LABLANCE              TERRI             ISCA      20180315        185127     NPK000CC     NPK000CCA1   NICHOLAS P KOENIG   CCC CO-II
 1090998   LABLANCE              TERRI             ISEN      20170609        105123     LRF00#CC     LRF00#CCA1   LINDY R SMITH   CCC
 1090998   LABLANCE              TERRI             ISEN      20170609        105255     LRF00#CC     LRF00#CCA1   LINDY R SMITH   CCC
 1090998   LABLANCE              TERRI             ISEN      20170609        105606     LAS00#CC     LAS00#CCA1   LISA A SMITH   CCC OSA-K
 1090998   LABLANCE              TERRI             ISEN      20170609        110120     LRF00#CC     LRF00#CCA1   LINDY R SMITH   CCC
 1090998   LABLANCE              TERRI             ISEN      20170609        115031     KDF000CC     COACHIDUA1   KRISTEN D FORD   CCC PERSONNEL CLERK
 1090998   LABLANCE              TERRI             ISEN      20170609        115254     LAS00#CC     LAS00#CCA1   LISA A SMITH   CCC OSA-K
 1090998   LABLANCE              TERRI             ISEN      20170609        115312     LAS00#CC     LAS00#CCA1   LISA A SMITH   CCC OSA-K
 1090998   LABLANCE              TERRI             ISEN      20170613        110111     DSR000CC     DSR000MDA1   DEBORAH S RITTER   CCC CMS
 1090998   LABLANCE              TERRI             ISEN      20170613        110253     DSR000CC     DSR000MDA1   DEBORAH S RITTER   CCC CMS
 1090998   LABLANCE              TERRI             ISEN      20170619        193636     TCJ000CC     TCJ000MDA1   TABITHA C JOHNSON   CCC MEDICAL LPN
 1090998   LABLANCE              TERRI             ISEN      20170619        193714     TCJ000CC     TCJ000MDA1   TABITHA C JOHNSON   CCC MEDICAL LPN
 1090998   LABLANCE              TERRI             ISEN      20170624        134008     TCJ000CC     TCJ000MDA1   TABITHA C JOHNSON   CCC MEDICAL LPN
 1090998   LABLANCE              TERRI             ISEN      20180314        155459     BJR00#CC     DWL000CCA1   BRADLEY J RICHARDS   CCC
 1090998   LABLANCE              TERRI             ISEN      20180430        135206     DSR000CC     DSR000MDA1   DEBORAH S RITTER   CCC CMS
 1090998   LABLANCE              TERRI             ISEN      20190116        122827     JLF001CC     JLF001MDA0   JESSICA L FRIZZELL   CCC MEDICAL DENTAL ASSISTANT
 1090998   LABLANCE              TERRI             ISEN      20190116        123255     JLF001CC     JLF001MDA0   JESSICA L FRIZZELL   CCC MEDICAL DENTAL ASSISTANT
 1090998   LABLANCE              TERRI             ISEN      20190131        134101     MMR000CC     MMR000MDA0   MEGAN M REX   CCC MED DENTAL ASSISTANT
 1090998   LABLANCE              TERRI             ISEN      20190304        101751     AMC00#CC     AMC00#CCB0   ASHTON M CHRISTOPHER   CCM-II
 1090998   LABLANCE              TERRI             ISEN      20190304        101818     AMC00#CC     AMC00#CCB0   ASHTON M CHRISTOPHER   CCM-II
 1090998   LABLANCE              TERRI             ISEN      20190305        152634     JMR000CT     JMR000CTA0   JOAN M REINKEMEYER   CO DORS DIVISION DIRECTOR
 1090998   LABLANCE              TERRI             ISNS      20171226        121054     PMB000CC     PMB000CCA1   PHILIP M BOWER   CCC CO-II
 1090998   LABLANCE              TERRI             ISTA      20170609        105102     LRF00#CC     LRF00#CCA1   LINDY R SMITH   CCC
 1090998   LABLANCE              TERRI             ISTA      20170609        105210     LRF00#CC     LRF00#CCA1   LINDY R SMITH   CCC
 1090998   LABLANCE              TERRI             ISTA      20170609        105452     LRF00#CC     LRF00#CCA1   LINDY R SMITH   CCC
 1090998   LABLANCE              TERRI             ISTA      20181227        143321     JED005EC     COABNTDU81   JERLINE E DEARDEUFF   ERDCC
 1090998   LABLANCE              TERRI             ISTA      20190305        152606     JMR000CT     JMR000CTA0   JOAN M REINKEMEYER   CO DORS DIVISION DIRECTOR
 1090998   LABLANCE              TERRI             ISUM      20180513        142314     JWP00#CC     JWP00#CCA2   JEFF W PARKEY   CCC
 1090998   LABLANCE              TERRI             ISUM      20180616        180942     BND000CC     BND000CCA1   BRANDON N DOSS   CCC CO-I
 1090998   LABLANCE              TERRI             ITIM      20190116        122851     JLF001CC     JLF001MDA0   JESSICA L FRIZZELL   CCC MEDICAL DENTAL ASSISTANT
 1090998   LABLANCE              TERRI             ITIM      20190131        134109     MMR000CC     MMR000MDA0   MEGAN M REX   CCC MED DENTAL ASSISTANT
 1090998   LABLANCE              TERRI             ITRH      20190304        101746     AMC00#CC     AMC00#CCB0   ASHTON M CHRISTOPHER   CCM-II
 1090998   LABLANCE              TERRI             IVIS      20180315        185222     NPK000CC     NPK000CCA1   NICHOLAS P KOENIG   CCC CO-II
 1090998   LABLANCE              TERRI             MCDV      20170619        193650     TCJ000CC     TCJ000MDA1   TABITHA C JOHNSON   CCC MEDICAL LPN
 1090998   LABLANCE              TERRI             MHOU      20180509        152556     DWL000CC     DWL000CCA1   DUSTIN W LYBARGER   CCC CO-I
 1090998   LABLANCE              TERRI             MSTA      20170609        105548     LAS00#CC     LAS00#CCA1   LISA A SMITH   CCC OSA-K
 1090998   LABLANCE              TERRI             MSTA      20170609        105621     LAS00#CC     LAS00#CCA1   LISA A SMITH   CCC OSA-K
 1090998   LABLANCE              TERRI             MSTA      20170609        115300     LAS00#CC     LAS00#CCA1   LISA A SMITH   CCC OSA-K
 1090998   LABLANCE              TERRI             MTOC      20180315        185121     DWL000CC     DWL000CCA1   DUSTIN W LYBARGER   CCC CO-I
```

* * *  E N D  O F  R E P O R T  * * *

FROM 01/01/2017 AND 03/08/2019