# EXHIBIT I

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TERRI YOLANDA LABLANCE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No: 4:19-cv-00693-BP ) ) |
| CORIZON HEALTH, INC., et. al. | ) ) ) ) |
| Defendants. | ) |

## MISSOURI DEPARTMENT OF CORRECTIONS' RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Defendant Missouri Department of Corrections ("MDOC"), by and through its attorneys, responds to Plaintiff's Second Set of Interrogatories as follows:

## GENERAL OBJECTION

Defendant MDOC objects to the extent the instructions and definitions seek to place a burden on Defendant in excess of those recognized by the Federal Rules of Civil Procedure and the Western District Local Rules. Further, Defendant objects to the extent these definitions seek to define words contrary to their customary usage.

## INTERROGATORIES

**INTERROGATORY NO. 18:** Identify the D.O.C. staff, who accessed Plaintiff's Department of Corrections records while Plaintiff was a nurse practitioner at the women's facility at Chillicothe. For each employee, identify their:

a) title and race;

b) whether they were reprimanded for accessing Plaintiff's records; and

c) their reasoning for accessing Plaintiff's records.

ANSWER: **Objection. This interrogatory is overbroad in scope and seeks information that may be protected from disclosure by the attorney-client privilege and/or work product doctrine. Subject to and without waiving the objections, see the list below:**

**Brandon Doss COI**
**Nicholas Koenig COII**
**April Wolf COI**
**Dustin Lybarger COI**
**Bradley Richards COII**
**Jeff Parkey COI**
**Mindy Rhoades COI**
**Ashton Christopher Case Manager II**
**Philip Bower COII**

**Each of the above individuals were reprimanded and counselled locally at the institution. Each individual's reasoning for accessing Plaintiff's records is unknown at this time, but counsel for Defendant will timely supplement as information arises.**

**INTERROGATORY NO. 19:** Identify the D.O.C. staff member(s) who informed Corizon employees of LaBlance's D.O.C. records. For each employee, identify their:

a) title and race;

b) whether they were reprimanded related to Plaintiff's; and

c) their reasoning for informing Corizon staff of Plaintiff's D.O.C. records.

ANSWER: **Objection. This interrogatory is overbroad in time, vague and ambiguous as to the terms "D.O.C. records" and "informed." Additionally, it seeks information that may be protected from disclosure by the attorney-client privilege and/or work product doctrine. Subject to and without waiving the objection, unknown at this time. Counsel for Defendant DOC will timely supplement if information arises**

Respectfully submitted,
**ERIC SCHMITT**
Attorney General

*/s/ Rachel L. Jag*
Missouri Bar No. 70674
Assistant Attorney General
615 E. 13th Street, Suite 401
Kansas City, Missouri 64106
Phone: 816-889-5000
Facsimile: 816-889-5006
rachel.jag@ago.mo.gov
Attorney for Defendant MDOC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TERRI YOLANDA LABLANCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No: 4:19-cv-00693-BP |
| v. | ) |
| | ) |
| CORIZON HEALTH, INC., et. al., | ) |
| | ) |
| Defendants. | ) |

## VERIFICATION

I, _Matthew Briesacher_, hereby state, under oath, that:

1. I am an officer or agent of Defendant Department of Corrections.

2. I have read Plaintiff's Interrogatories Nos. _18 – 19_ and answered them by furnishing such information as is available to Defendants; and,

3. I have read the answers to the interrogatories specified in the previous paragraph, and such answers are true to the best of Defendants' knowledge and belief.

_____
Signature of Officer or Agent of Defendant
(NOT TO BE SIGNED BY ATTORNEY)

State of _Missouri_

County of _Cole_

Subscribed and sworn to before me this _28_ day of _October_, 20_20_.

My commission expires:

_4/27/2023_

_____
Signature of Notary Public

STACIA WOLFE
Notary Public - Notary Seal
STATE OF MISSOURI
Comm. Number 15635042
Callaway County
My Commission Expires: Apr. 27, 2023