# *EXHIBIT C*

EXHIBIT 15
WIT: LABLANCE
DATE: 7-8-20
L. Woodbridge, RPR-CRR-CSR-CCR

REDACTED

**From:** Lovelace, Jerry <Jerry.Lovelace@corizonhealth.com>
**Sent:** Thursday, June 21, 2018 9:46 AM
**To:** Meehan, Jenny <Jenny.Meehan@CorizonHealth.com>; Almanza, Rhonda <Rhonda.Almanza@corizonhealth.com>; Dale, Heather <Heather.Dale@CorizonHealth.com>
**Cc:** Ream, Sterling <Sterling.Ream@corizonhealth.com>; Schupp, Cindy <Cindy.Schupp@corizonhealth.com>
**Subject:** RE: Employee Discrimination

I think awareness alone will have a significant benefit. People tend to behave better when they think someone is watching.


**Jerry Lovelace, MD, PhD**

1



**Regional Medical Director – Missouri Office**

1320 Creek Trail Drive Suite A Jefferson City, Mo 65109

Jerry.Lovelace@Corizonhealth.com

Office: 573-635-5315 ext. 2659

Cell: 573-415-6140

Fax: 573-635-5512

---

**From:** Meehan, Jenny
**Sent:** Thursday, June 21, 2018 9:42 AM
**To:** Almanza, Rhonda; Dale, Heather
**Cc:** Ream, Sterling; Lovelace, Jerry; Schupp, Cindy
**Subject:** RE: Employee Discrimination

I have spoken with Terri. I do not believe she is satisfied with my investigation. I explained to her I spoke with the lab tech and the other providers and reviewed about a five to six inch stack of requisitions. I explained to her I believe the situation is a communication issue between Terri and the lab tech not a discrimination issue. I offered Terri to have the two of them sit down and discuss the situation and Terri declined. I told her if there are any further incidents she believes to be discriminatory to let me know, she agreed she would.

I am not sure what else needs done with this situation. Please advise.

Jenny Meehan, RN, MHA, CCHP
Director of Operations – Missouri West Region



Phone: 573.635.5315 ext 2652
Fax: 629.333.7262
E-Mail: jenny.meehan@corizonhealth.com
1320 Creek Trail Drive, Suite A | Jefferson City, MO 65109

---

**From:** Almanza, Rhonda
**Sent:** Tuesday, June 12, 2018 9:55 AM
**To:** Meehan, Jenny; Dale, Heather
**Cc:** sterling.ream@doc.mo.gov; Lovelace, Jerry; Schupp, Cindy
**Subject:** RE: Employee Discrimination

Have we talked with the employee who made the claim?

CONFIDENTIAL    CORIZON 000021

Rhonda Almanza RN, MSN
Vice President of Operations
Missouri



Phone: 573.635.5315 ext. 2638
Cell: 816.261.0615
Fax: 480.897.9608
E-Mail: Rhonda.almanza@corizonhealth.com
1320 Creek Trail Drive | Suite A | Jefferson City, MO 65109
www.corizonhealth.com

Facebook | Twitter | YouTube | LinkedIn
Safety, Motivation, Accountability, Respect, Teamwork

CONFIDENTIALITY NOTICE: This message and any included attachments may contain private, confidential, or legally privileged information and are intended only for the addressee(s). If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately by e-mail or telephone, and delete the message.

**From:** Meehan, Jenny
**Sent:** Monday, June 11, 2018 10:12 AM
**To:** Dale, Heather <Heather.Dale@CorizonHealth.com>
**Cc:** sterling.ream@doc.mo.gov; Lovelace, Jerry <Jerry.Lovelace@corizonhealth.com>; Schupp, Cindy <Cindy.Schupp@corizonhealth.com>; Almanza, Rhonda <Rhonda.Almanza@corizonhealth.com>
**Subject:** RE: Employee Discrimination

I have discussed this with Ms. LaBlance, Judy Harkins, and the other two providers at the site. I do not believe this issue to be a discrimination issue. I believe this is a communication issue between the two employees.

When lab orders are entered into the provider plan the orders are given to the lab tech and she completes these requisitions. The issue at hand has occurred when the provider is seeing a patient in their office and conducts a test at the time of the visit. These requisitions are to be completed by the provider because they are the ones with the information for the test; location/test to be run. I reviewed about a four inch stack of lab requisitions and most of them were complete by the lab tech. There were instances I found requisitions which were complete by the provider; all three site providers including Ms. LaBlance.

I will be having Dr. Epperson with me to speak with Ms. LaBlance about the requisitions and the expectations. I will encourage productive communication between the two employees.

Please let me know if there are any further questions/concerns

Jenny Meehan, RN, BSN, MHA, CCHP
Director of Operations - Missouri West Region
Corizon Health
Phone: 573.635.5315 ext. 2652
Cell: 816.294.1586
Fax: 629.333.7262
1320 Creek Trail Drive | Suite A | Jefferson City Missouri 65109

3

CONFIDENTIAL    Case 4:19-cv-00693-BP   Document 71-3   Filed 12/17/20   Page 4 of 6   CORIZON 000022

**From:** Dale, Heather
**Sent:** Wednesday, June 06, 2018 1:25 PM
**To:** Meehan, Jenny
**Cc:** sterling.ream@doc.mo.gov; Lovelace, Jerry; Schupp, Cindy
**Subject:** RE: Employee Discrimination

Thank you – keep me posted

*Heather Dale, MBA*
*Sr. Employee Relations Specialist/File Management*
*Phone: 615.660.6834*
*Fax: 629.333.7341*

**From:** Meehan, Jenny
**Sent:** Wednesday, June 6, 2018 10:50 AM
**To:** Dale, Heather <Heather.Dale@CorizonHealth.com>
**Cc:** sterling.ream@doc.mo.gov; Lovelace, Jerry <Jerry.Lovelace@corizonhealth.com>
**Subject:** FW: Employee Discrimination

Heather – I am copying you do to the accusations made in the e-mail below. I will be on-site tomorrow and will address.

Jenny Meehan, RN, MHA, CCHP
Director of Operations – Missouri West Region



Phone: 573.635.5315 ext 2652
Fax: 629.333.7262
E-Mail: jenny.meehan@corizonhealth.com
1320 Creek Trail Drive, Suite A | Jefferson City, MO 65109

**From:** LaBlance, Terri [mailto:Terri.LaBlance@doc.mo.gov]
**Sent:** Wednesday, June 06, 2018 10:39 AM
**To:** Ream, Sterling; Epperson, Karen
**Cc:** Lovelace, Jerry; Meehan, Jenny; Kirby, Valicia
**Subject:** [EXTERNAL] Employee Discrimination

**This Message has originated outside of your organization.**

Employee problem,
Once again today I requested a patient speciem to be obtained. I happened to be the one available to retrieve the specimen from the patient and took it to the lab tech to be processed for evaluation. The lab tech refused to complete the requisition and took the specimen to my office and sat it on my desk while stating "I told you not to sit that on my desk".
First, I did not sit it on her desk. The specimen was placed on the counter in front of the specimen refrigerator in the lab area. As I sat it down she picked it up and attempted to hand it back. I asked her to fill out the requisition and prepare the specimen for processing. She walked out of the lab, past me, directly to my office, and.....basically refused to do her job.

4

I, unfortunately, have had this issue with this lab tech in the past and have previously asked that it be addressed.

I have asked other co-workers, providers, and the medical director, Dr. Epperson, if they complete lab requisitions when ordering lab, and they have all denied having a problem with this individual completing requisitions and processing specimens for the testing when ordering lab. I do believe that this request falls within the job description of the lab tech/attendant.

I do not want to assume that this is a racial problem, but what else am I to conclude? I happen to be the only provider/employee of color here at CCC medical. I have not asked anything out of the ordinary or different from any other provider here at CCC, but this is the response I have received and the behavior that I have endured. Ms. Ream is aware of the past incident, similar in nature and can attest to the apparent discrimination exhibited by this Corizon employee. I do not believe that this is acceptable behavior and I should not be subject to such disrespect.

Please address this issue ASAP

*Terri LaBlance, APRN-BC*
*Chillicothe Correctional Center*
*3151 Litton Rd.*
*Chillicothe, Mo 64601*
*Phone: 660-646-4032 ext-1021*



CORIZON
HEALTH