IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| TERRI YOLANDA LABLANCE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:19-cv-00693-BP |
| CORIZON HEALTH, INC. AND MISSOURI DEPARTMENT OF CORRECTIONS, | ) ) ) ) |
| Defendant. | ) ) |

**DEFENDANT CORIZON HEALTH, INC.'S ITEMIZATION IN SUPPORT OF ITS BILL OF COSTS**

## ITEMIZATION

A. Fees for all or any part of the transcript/video necessarily obtained for use in the case:

| Date | Service | Vendor | Amount |
|---|---|---|---|
| 7/21/2020 | Transcript of Jerry Lovelace, MD Deposition | Alaris | $418.10 |
| 7/21/2020 | Transcript of Jenny Meehan Deposition | Alaris | $416.40 |
| 8/24/2020 | Transcript of Plaintiff's Deposition | iReport | $1,650.50 |
| 8/24/2020 | Video of Plaintiff's Deposition | iReport | $860.00 |
| 11/4/2020 | Transcript of Makisa Upton Deposition | Alaris | $285.60 |
| 11/4/2020 | Transcript of Sterling Ream Deposition | Alaris | $182.00 |
| 11/4/2020 | Transcript of Tammie Christopher Deposition | Alaris | $259.20 |
| | **DEPOSITION COSTS** | **TOTAL:** | $4,071.80 |

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

/s/ *Michael L. Matula*
Michael L. Matula    MO #47568
Claudia M. Tran    MO #70391
4520 Main Street, Suite 400
Kansas City, MO  64111
816.471.1301
816.471.1303 (Facsimile)
michael.matula@ogletree.com
claudia.tran@ogletree.com

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 3rd day of February, 2021, the above and foregoing document was electronically filed and notice will be sent electronically to counsel for plaintiff, through the Court's electronic notification system.

/s/ *Michael L. Matula*